UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:13-cv-22772-UU

WARREN ESANU,

    Plaintiff,

v.

OCEANIA CRUISES, INC.,

    Defendant.

_____/

## VERDICT FORM

We, the Jury, return the following Verdict:

1. Was there negligence on the part of Defendant Oceania Cruises, Inc., which was a legal cause of loss, injury or damage to Plaintiff Warren Esanu?

    YES ✓        NO ____

If your answer to question 1 is NO, your Verdict is for the Defendant, and you should not proceed further except to date and sign this Verdict form. If your answer to question 1 is YES, please answer question 2.

2. Was there negligence on the part of Plaintiff Warren Esanu, which was a legal cause of his own loss, injury or damage?

    YES ✓        NO ____

If your answer to question 2 is NO, please proceed to questions 5 through 6. If your answer to question 2 is YES, please answer question 3.

1

3. State the percentage of any negligence, which was a legal cause of loss, injury or damage to Plaintiff Warren Esanu, that you charge to:

Defendant, Oceania Cruises, Inc.         20 %

Plaintiff, Warren Esanu                  80 %

(TOTAL MUST EQUAL 100%)

Please answer questions 5 through 6.

In determining the amount of any damages, do not make any reduction because of the negligence, if any, of Plaintiff Warren Esanu. If you find that Plaintiff Warren Esanu was negligent to any extent, the Court, in entering judgment, will make an appropriate reduction in the damages awarded.

4. What is the total amount of Plaintiff Warren Esanu's damages for past medical expenses incurred?

$ $4,198

5. What is the total amount of Plaintiff Warren Esanu's damages for past lost earnings?

$ 25,000

6. What is the total amount of Plaintiff Warren Esanu's damages for pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, aggravation of a disease or physical defect and loss of capacity for the enjoyment of life?

   a. Sustained in the past:             $ 20,000

   b. To be sustained in the future:     $ 0

**TOTAL DAMAGES OF PLAINTIFF WARREN ESANU:**   $ 49,198
(Add lines 4, 5, 6(a) and 6(b))

SO SAY WE ALL, this 17 day of July, 2014.

_____
FOREPERSON