UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-cv-22772-UU

WARREN ESANU,

    Plaintiff,

v.

OCEANIA CRUISES, INC.,

    Defendant.

## FINAL JUDGMENT

This action was tried by a jury with Judge Ungaro presiding, and the jury has rendered a verdict.

It is ordered that:

The Plaintiff, WARREN ESANU, recover from the Defendant, OCEANIA CRUISES, INC., the sum of Nine Thousand Eight Hundred and Thirty-Nine Dollars and Sixty Cents ($9,839.60), with interest at the rate of 4.75%, along with reasonable and legally permitted costs. The Court retains jurisdiction to determine post-trial motions.

ORDERED at Miami, Miami-Dade County, Florida on this 21 day of July, 2014.

                                                *[signature]*
                                              DISTRICT COURT JUDGE

Copies sent to:
Peter G. Walsh, Esq.
Michael Garcia, Esq.