UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-cv-22772-UU

WARREN ESANU,

    Plaintiff,

v.

OCEANIA CRUISES, INC.,

    Defendant.

**JOINT NOTICE OF SETTLEMENT, WITHDRAW OF ALL POST-TRIAL MOTIONS, WAIVER OF RIGHT TO APPEAL/POST-TRIAL MOTIONS, AND SETTLEMENT OF ALL INTEREST/COSTS**

COMES NOW Defendant, OCEANIA CRUISES, INC., and Plaintiff, WARREN ESANU, by and through their undersigned counsel, and hereby notifies the Court that the parties have amicably agreed to withdraw all post-trial motions, not to take any appeal in this case or file further post-trial motions, and have agreed upon all interest and costs. Counsel for each party are in the process of preparing and executing the appropriate releases for interest, costs, and waiver of appeal/post-trial motions and thereafter intend to file with the Court an appropriate satisfaction of judgment upon receipt by Plaintiff of the check for the principal verdict and judgment amount and the agreed upon costs/interest. The court shall retain jurisdiction until the satisfaction of judgment is filed upon which this case shall be closed.

| | |
|---|---|
| *s/ Michael A Garcia* | *s/ Peter G. Walsh* |
| Michael Alexander Garcia, Esquire | Peter G. Walsh, Esquire |
| Fla. Bar No. 0161055 | Florida Bar No. 970417 |
| Email: mgarcia@fowler-white.com | pwalsh@1800askfree.com |
| *Attorney for Defendant* | David W. Singer & Associates, P.A. |
| FOWLER WHITE BURNETT, P.A. | *Attorney for Plaintiff* |

CASE NO. 13-cv-22772-UU

- 2 -

| | |
|---|---|
| Espirito Santo Plaza, Fourteenth Floor | 1011 South Federal Highway |
| 1395 Brickell Avenue | Hollywood, Florida 33020 |
| Miami, Florida 33131 | (954) 920-1571- Telephone |
| Telephone:   (305) 789-9200 | (954) 926-5746- Facsimile |
| Facsimile:      (305) 789-9201 | |

CASE NO. 13-cv-22772-UU

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2014, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                      s/ Michael Alexander Garcia
                                                     Michael Alexander Garcia

CASE NO. 13-cv-22772-UU

- 4 -

## SERVICE LIST

CASE NO. 13-cv-22772-UU

Peter G. Walsh, Esq.
David W. Singer & Associates, P.A.
1011 South Federal Highway
Hollywood, Florida 33020
E-Mail: pwalsh@1800askfree.com;
lnetti@1800askfree.com
Telephone: (954) 920-1571
Facsimile: (954) 926-5746